**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 08a0759n.06
Filed: December 15, 2008

No. 07-2350

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

ANTHONY LEGION,  )
    )
    **Petitioner-Appellee,**  )   **ON APPEAL** FROM THE
    )   UNITED STATES DISTRICT
v.    )   COURT FOR THE EASTERN
    )   DISTRICT OF MICHIGAN
KENNETH T. MCKEE, Warden,  )
    )
    **Respondent-Appellant.**  )   **O P I N I O N**
    )
————————————————————————  )

**Before:  MOORE and WHITE, Circuit Judges; and VINSON,\* District Judge.**

**Per curiam.**  The issue raised in this habeas appeal has been conclusively decided by another

panel of this court. *See Desai v. Booker,* 538 F.3d 424 (6th Cir. 2008). The Opinion and Order of the

district court must be, and is, REVERSED on the basis of the *Desai* decision. This case is

REMANDED to the district court for further proceedings.

———————————

\*The Honorable C. Roger Vinson, United States District Judge for the Northern District of
Florida, sitting by designation.